UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVRID JOSEPH,

Plaintiff,

v.

THE CITY OF NEW YORK, DEPARTMENT OF CORRECTIONS COMMISSIONER LOUIS MOLINA, CORRECTION OFFICER JONES, and JOHN DOE CORRECTION OFFICERS, WARDENS AND SUPERVISORS 1-20, the name “doe” being fictitious and intended to represent those corrections officers and Department of Corrections Wardens and Supervisors at Rikers Island involved in the deliberate indifference of plaintiff’s known medical needs and deprivation of plaintiff’s rights,

Defendants.

26-CV-3185 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The initial status conference in this matter, previously adjourned pending Defendants’ Answer, will now be held on December 4, 2026 at 4:00 p.m. It is hereby:

ORDERED that, by November 30, 2026, the parties submit the joint letter and proposed case management plan and scheduling order described in the Court’s April 21, 2026 Order. *See* Dkt. 8. Unless the parties request otherwise, the conference will be held by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. This conference line is open to the public.

SO ORDERED.

Dated: November 12, 2026
New York, New York

Ronnie Abrams
United States District Judge